Affirmed.
Opinion by WEAKLEY, C. J.
TYSON, SIMPSON, and ANDERSON, JJ., concur.

---

### RAINES V. THE STATE.

#### Manslaughter.

(Decided April 28th, 1906.　40 So. Rep. 937.)

APPEAL from Monroe Circuit Court.
Heard before HON. JOHN T. LACKLAND.
J. N. MILLER, for appellant.
MASSEY WILSON, Attorney General, for State.
Affirmed.
Opinion by DENSON, J.
HARALSON, TYSON and DOWDELL, JJ., concur.

---

### WILLIAMS, et al. V. NEILL, et al.

#### Bill to Abate Purchase Price.

(Decided April 19th, 1906.　40 So. Rep. 943.)

APPEAL from Pike Chancery Counrt.
Heard before HON. W. L. PARKS.
BRANNEN & GARDNER, for appellant.
FOSTER, SAMFORD & CARROLL, for appellee.
Affirmed.
Opinoin by DOWDELL, J.
WEAKLEY, C. J., and HARALSON and DENSON, JJ., concur.

---

### GRANGER, et al. V. SIMMONDS HDW. CO., et. al.

#### Bill for Relief.

(Decided April 20th, 1906.　40 So. Rep. 951.)

APPEAL from Henry Chancery Court.
Heard before HON. W. L. PARKS.
ESPY & FARMER, for appellants.
R. H. WALKER and R. D. CRAWFORD, for appellee.
Affirmed.
Opinion by DOWDELL, J.
WEAKLEY, C. J., and HARALSON and DENSON, JJ., concur.